UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEL KIROS HABTE,<br><br>        Plaintiff,<br><br>    v.<br><br>EMILIA M. BARDINI, et al.,<br><br>        Defendants. | Case No. 24-cv-04236-JCS<br><br>**ORDER FOR BRIEFING** |

The parties have filed a stipulation to transfer venue in this case to the Central District of California under 28 U.S.C. § 1404(a). Dkt. no. 10. In determining whether a Section 1404(a) transfer is appropriate, the court must undertake an "individualized, case-by-case consideration of convenience and fairness." *See Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000). In doing so, "the court must evaluate the appropriate factors even though the parties now stipulate to the transfer." *Tung Tai Grp. v. Fla. Transformer, Inc.*, No. 5:11–cv–02389 EJD(HRL), 2011 WL 3471400, at *2 (N.D.Cal. Aug. 8, 2011) (citing *White v. ABCO Eng'g Corp.*, 199 F.3d 140, 144 (3d Cir.1999)). Accordingly, the parties are requested to submit a joint brief, not to exceed ten (10) pages, along with any supporting evidence deemed appropriate, that will allow the Court to conduct the required individualized inquiry.

**IT IS SO ORDERED.**

Dated: August 12, 2024

JOSEPH C. SPERO
United States Magistrate Judge